**Abraham R. ABRAHAM v. Frank BERRY.**

No. 5108.

Court of Appeal of Louisiana. Second Circuit.

June 2, 1936.

Gus A. Voltz, of Alexandria, for appellant.

Polk & Robinson, of Alexandria, for appellee.

HAMITER, Judge.

When this case was called for argument, a motion to dismiss the appeal, signed by the attorneys for both litigants, was offered and filed. It is well settled that an appeal will be dismissed when consent therefor is given by all parties in interest.

Accordingly, it is ordered that the appeal herein be dismissed.